[No. 44406-9-I.   Division One.   February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01563-7, Richard J. Thorpe, J., entered March 19, 1999. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 46487-6-I.   Division One.   February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH E. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50764-5, J. Kathleen Learned, J., entered April 12, 2000. *Affirmed* by unpublished per curiam opinion.

[Nos. 44182-5-I; 44115-9-I.   Division One.   February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY W. JOHNSON, *Appellant*.
THE STATE OF WASHINGTON, *Appellant*, v. MARY A. LAURENT, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 98-1-00961-2, Julia Garratt, J. Pro Tem., entered January 21, 1999. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker, A.C.J., and Coleman, J.

[No. 45805-1-I.   Division One.   February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. KNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06500-6, Deborah D. Fleck, J., entered December 15, 1999. *Affirmed* by unpublished per curiam opinion.